

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2016

No. 04-16-00383-CR

**IN RE** Joel **SOTO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

On November 24, 2014, relator filed a pro se petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on June 24, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015CR8804, styled *The State of Texas v. Joel Soto*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.